

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2021

No. 04-20-00116-CR

Anton Jamail **HARRIS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On December 11, 2020, we abated this case to the trial court to determine if appellant's counsel had abandoned this appeal. We ordered the trial court to file findings of fact and conclusions of law in support of its determination. On January 22, 2021, we issued an order extending the time for the trial court to file its findings of fact and conclusions of law. On January 27, 2021, appellant's counsel filed a fourth motion for extension of time to file appellant's brief and appellant's brief. Because appellant's brief has been filed, we LIFT the abatement of this appeal and GRANT appellant's fourth motion for extension of time to file his brief. Additionally, we WITHDRAW our order requiring the trial court to file findings of fact and conclusions of law.

The State's brief is due on or before **February 26, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2021.



MICHAEL A. CRUZ, Clerk of Court